UNITED STATES DISTRICT COURT
SOUTHERN DISTRCIT OF FLORIDA

CASE NO.: 18-CV-628788

A.O., a minor child, by and through his
parent and natural guardian, URI OSTROVSKY,
            Plaintiffs,

vs.

FLORIDA DEPARTMENT OF JUVENILE
JUSTICE, and DARREL BRYANT, in his official
and individual capacities,
            Defendant.
_____/

**NOTICE OF REMOVAL**

**COMES NOW**, the Defendants, FLORIDA DEPARTMENT OF JUVENILE JUSTICE

and DARREL BYRANT, by and through undersigned counsel, and pursuant to 28 U.S.C.

§1446(b) removes this action from the Seventeenth Judicial Circuit in and for Broward County,

State of Florida, and as grounds therefore states the following

1. The Plaintiff filed the Complaint on or about October 26, 2018.

2. The Defendant, FLORIDA DEPARTMENT OF TRANSPORTATION ("FDOT"), was
   served on October 31, 2018.

3. The Defendant, DARREL BRYANT ("BRYANT"), was served on October 31, 2018.

4. This Notice of Removal is timely filed under 28 U.S.C. §1446(b).

5. Plaintiff has filed a two count Complaint against the Defendants, consisting of a count for
   negligence and a count for violations of constitutional civil rights against each defendant.

6. Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over this action. This
   action alleges one (1) claim under 42 U.S.C. §1983 against each defendant, purportedly
   based on violations of constitutional rights to be free from abuse and intimidation, to be
   free from cruel and unusual punishment, and rights under the Fourteenth Amendment.

This case presents a federal question, and the Plaintiff seeks redress for alleged violations of his constitutional rights.

7. The Court also has jurisdiction over the supplemental state law claims in accordance with 28 U.S.C. §1367. The Complaint also alleges one (1) negligence claim against each defendant.

8. Pursuant to 28 U.S.C. §1441, this action is removable to this Court.

9. A copy of the Complaint including exhibits are attached hereto and made a part hereof as Composite Exhibit "A" in accordance with 28 U.S.C. § 1446(a).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document was served upon John D. Ameen, Esq., 3860 West Commercial Blvd., Tamarac, FL 33309, by E-Service on this 27th day of November 2018.

**McGrath Law Group**
700 South Andrews Avenue
Ft. Lauderdale, FL 33316-1032
Phone: (954) 525-9981
Fax: (954) 712-9634
BY:    /s/ Ralph L. McGrath, Jr.
        Ralph L. McGrath, Jr., Esq.
        Florida Bar No.: 449600
        rlm@mcgrath-law.com
        Cameron L. McGrath, Esq.
        Florida Bar No.: 119291
        clm@mcgrath-law.com

Case Number: CACE-18-025352 Division: 13

Filing # 79932949 E-Filed 10/26/2018 02:01:49 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY FLORIDA
CIVIL DIVISION

Case No._____

A.O., a minor child, by and through his
parent and natural guardian, URI OSTROVSKY,
      Plaintiffs,

vs.

FLORIDA DEPARTMENT OF JUVENILE
JUSTICE, and DARELL BRYANT, in his official
and individual capacities,
      Defendant.
_____/

## COMPLAINT

**COMES NOW,** the Plaintiff, URI OSTROVSKY as parent and natural guardian of A.O., (hereinafter, "OSTROVSKY"), by and through his undersigned attorneys and sues Defendant, FLORIDA DEPARTMENT OF JUVENILE JUSTICE, (hereinafter, "DJJ") and DARELL BRYANT (hereinafter, "BRYANT"), and alleges as follows:

### JURISDICTION AND VENUE

1. This is an action for damages that exceed FIFTEEN THOUSAND DOLLARS ($15,000) exclusive of interest, costs and attorney's fees.

2. The actions which form the basis of the Complaint occurred in Broward County, Florida.

3. All the conditions precedent mandated by FLA. STAT. § 768.28 and 42 U.S.C. § 1983 to bring this action have been complied with.

## PARTIES

4.  At all times material to this Complaint, Plaintiff, URI OSTROVSKY, as parent and natural guardian of A.O. (hereinafter, "A.O."), was a resident of Broward County, Florida, over the age of eighteen (18) and is otherwise *sui juris*.  At all times material to this Complaint, A.O. was a minor.

5.  At all times material to this Complaint, Defendant, FLORIDA DEPARTMENT OF JUVENILE JUSTICE, is a political subdivision of the State of Florida which was operating the Broward Juvenile Detention Center (hereinafter, "BJDC"), located at 222 NW 22nd Avenue, Fort Lauderdale, Florida.

6.  At all times material to this Complaint, Defendant, DETENTION OFFICER DARELL BRYANT was employed at the BJDC facility and acted under color of law, to wit under the color of the statutes, ordinances, regulations, policies, customs, and usages of the State of Florida and the Broward County and within the course and scope of his employment.

7.  On October 20, 2017, Mr. Ostrovsky provided written pre-suit notice of his claims to the Florida Department of Juvenile Justice and to the Florida Department of Financial Services, pursuant to FLA. STAT. § 768.28.  *See* Exhibit A.

8.  On July 10, 2018, Mr. Ostrovsky provided additional written pre-suit notice of his claims to the Florida Department of Juvenile Justice and to the Florida Department of Financial Services, pursuant to FLA. STAT. § 768.28.  *See* Exhibit B.

## COUNT I – NEGLIGENCE

9.  Plaintiff repeats the allegations set forth above in paragraphs 1 through 8 as if set forth herein and would further state.

10. On or about February 17, 2017 minor, A.O., was 14 years old and pursuant to a court order in the care, custody and control of the Defendant, DJJ, at the aforementioned facility. A.O. reported a grievance about another youth to BRYANT. BRYANT psychologically coerced A.O. by telling him to hit the other youth when no one is looking. A.O. complied by throwing a futile jab and the alleged excessive force incident commenced.

11. Thereafter, BRYANT in the course and scope of his employment negligently grabbed the skinny 14-year-old A.O. by his shirt and thrusted him into a wall of the Broward Regional Juvenile Detention Center cafeteria. A.O. remained pinned to the wall for about seven seconds, with Officer BRYANT holding him there. BRYANT clutched the boy's arm and tossed him onto his back using excessive force. As A.O. lied on his back, BRYANT negligently caused injury to A.O.'s face, breaking his nose in two places.

12. As a direct and proximate result of the Defendant's negligence in this regard, including the negligent hiring, training and retention of BRYANT, A.O. was injured in and about his body, endured pain and suffering, mental anguish, loss of enjoyment of life, and incurred medical expenses in the care and treatment of his injuries. All of these injuries are permanent or continuing in nature and he will incur these damages in the future.

**WHEREFORE,** the Plaintiff, URI OSTROVSKY as the parent and natural guardian of A.O., demands judgment for damages against the Defendant, FLORIDA DEPARTMENT OF JUVENILE JUSTICE and further demands trial by jury, plus the costs of this action.

## COUNT II – 42 U.S.C. §1983 CLAIM
## DEFENDANT, OFFICER DARELL BRYANT AND
## FLORIDA DEPARTMENT OF JUVENILE JUSTICE

13. Plaintiff repeats the allegations set forth above in paragraphs 1 through 8 as if set forth herein and would further state:

14. Plaintiff alleges that Defendant, DJJ, violated his constitutional rights by failing to protect him from unsafe conditions, including the excessive use of physical force at the hands of facility staff member, Defendant BRYANT, acting within the course and scope and training of his employer, DJJ.

15. At all times material to this Complaint, the actions of BRYANT and DJJ deprived Plaintiff, of his constitutional rights guaranteed by the Constitution of the United States and protected by 42 U.S.C. §1983 and deprived him of the following constitutional rights and privileges:

    a. The right to be free from physical abuse and intimidation and;

    b. The right and privilege to be free from cruel and unusual punishment;

    c. Rights under the Fourteenth Amendment.

16. At all times material to this Complaint, the aforementioned actions of the Defendants were committed with reckless or callous indifference to Plaintiff's federally protected rights.

17. Defendants' actions were directly responsible for the deprivation of constitutionally protected rights of the Plaintiff, and in doing so misused the power possessed by the virtue of state law and made possible because the Defendants, were acting under the color of state law.

18. Plaintiff has necessarily had to hire counsel to protect his interests and those of his son,

A.O.

**WHEREFORE**, the Plaintiff, URI OSTROVSKY, as the parent and natural guardian of

A.O., demands judgment for damages against the Defendants, FLORIDA DEPARTMENT OF

JUVENILE JUSTICE and DARELL BRYANT, for an amount in excess of $15,000.00 plus costs

and attorneys' fees, and further demands trial by jury.

**DATED** this ____ day of October, 2018.

> LAW OFFICES OF JOHN D. AMEEN, P.A.
> Attorneys for Plaintiff
> —Attorneys at Law—
> 3860 West Commercial Blvd.
> Tamarac, FL 33309
> Phone: (954) 763-4950
> Fax: (954) 981-7350
> *Email: JAmeen@protectingyou.com*
> *Email: Eservice@protectingyou.com*
> *Email: MSperry@protectingyou.com*
>
>
> John D. Ameen, Esq.
> Florida Bar # 0008036
>
> Martin J. Sperry, Esq.
> Of Counsel
> Florida Bar # 0144917

17-00046

# EXHIBIT A

Law Offices of

# JOHN D. AMEEN, P.A.

PROTECTING          .COM

October 20, 2017

JOHN D. AMEEN, ESQ.
TAMIKA L. JONES, ESQ.

<u>Via Certified Mail</u>

Office of General Counsel
Florida Department of Juvenile Justice
2737 Centerview Drive, #3200
Tallahassee, FL 32399

Re:    Our Client:       A███████O███████
       D/B:              10/9/1001
       Place of Birth:   Biddeford, Maine
       SSN:
       D/Incident:       2/12/17
       CCC Incident No.  201700750
       Facility:         Broward Regional Juvenile Detention Center

Dear Sir or Madam:

   Please be advised that our law firm represents Uri Ostrovsky as parent and natural
guardian of A██████O█████████, a minor, who was being held at the Juvenile Detention Center in
Broward County, Florida, on February 12, 2017.  While at the Detention Center A███████was
viciously attacked by a detention guard, Darrell Bryant, who struck and seriously injured
A███████O███████who was 14 years old at the time and in the custody of Darrell Bryant.

   Please consider this to be formal notice under Florida Statutes of the claim against the
Department of Juvenile Justice on behalf of A█████O█████, a minor, through his father and
natural guardian, Uri Ostrovsky.

   Thank you for your attention to this matter.

                           Very truly yours,

                           JOHN D. AMEEN, P. A.

                           By: _____
                               MARTIN J. SPERRY
                               Of Counsel

MJS/sr

Tel: 954.763.4950  |  Toll Free: 800.555.4011  |  Fax: 954.981.7350  |  3860 West Commercial Boulevard · Tamarac, FL 33309

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

# OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$
Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions.

7016 1370 0002 1565 1434

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Office of General Counsel
Florida Department of Juvenile Justice
2737 Centerview Drive, #3200
Tallahassee, FL 32399

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 1690 6053 1881 24

2. Article Number *(Transfer from service label)*
7016 1370 0002 1565 1434

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Shanon Hall                    ☐ Agent
                                   ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature                  ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery  ☐ Registered Mail™
☐ Certified Mail®                  ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery  ☐ Return Receipt for Merchandise
☐ Collect on Delivery              ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery  ☐ Signature Confirmation Restricted Delivery
‖ Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                    Domestic Return Receipt

## Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

### Important Reminders:

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not available* for international mail.
- Insurance coverage is *not available* for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt*; attach PS Form 3811 to your mailpiece;

for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.

- Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
- Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
- Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).

- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

IMPORTANT: Save this receipt for your records.

PS Form 3800, April 2015 (Reverse) PSN 7530-02-000-9047

---

**USPS TRACKING #**

9590 9402 1690 6053 1881 24

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

*Martin J. Sperry, Esq.*
*John D. Ameen, P.A.*
*3860 W. Commercial Blvd.*
*Tamarac, Florida 33309*



Law Offices of

# JOHN D. AMEEN, P.A.

PROTECTING          .COM

JOHN D. AMEEN, ESQ.
TAMIKA L. JONES, ESQ.

October 20, 2017

<u>Via Certified Mail</u>

Chief Financial Officer
Department of Insurance (Insurance Commissioner)
200 E. Gaines Street
Tallahassee, FL 32399

Re:  Our Client:          A▮▮▮▮O▮▮▮▮▮
     D/B:                 10/9/1001
     Place of Birth:      Biddeford, Maine
     SSN:                 ▮▮▮▮▮▮▮▮
     D/Incident:          2/12/17
     CCC Incident No.     201700750
     Facility:            Broward Regional Juvenile Detention Center

Dear Sir or Madam:

    We are placing you on notice of a claim being brought on behalf of A▮▮▮▮O▮▮▮▮▮, a
minor, through his father and natural guardian, Uri Ostrovsky, for injuries suffered while in the
custody of the Department of Juvenile Justice.  We have enclosed a copy of the letter that was
sent to the Department of Juvenile Justice.

    Thank you for your attention to this matter.

                                        Very truly yours,

                                        JOHN D. AMEEN, P. A.

                                        By: _____
                                             MARTIN J. SPERRY
                                             Of Counsel

MJS/sr
Enc.

cc:  client

Tel: 954.763.4950 | Toll Free: 800.555.4011 | Fax: 954.981.7350 | 3860 West Commercial ...



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

# OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$
Total $
$

Sent To     Chief Financial Officer
            Department of Insurance
            (Insurance Commissioner)
Street      200 E. Gaines Street
City, S.    Tallahassee, FL 32399

7016 1370 0002 1564 9066

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Chief Financial Officer
   Department of Insurance
   (Insurance Commissioner)
   200 E. Gaines Street
   Tallahassee, FL 32399

9590 9402 2328 6225 7178 72

2. Article Number (Transfer from service label)

   7016 1370 0002 1564 9066

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                              ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Received by: Sarah Blocker

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

## Certified Mail service provides the following benefits:

* A receipt (this portion of the Certified Mail label).
* A unique identifier for your mailpiece.
* Electronic verification of delivery or attempted delivery.
* A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

**Important Reminders:**

* You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
* Certified Mail service is *not* available for international mail.
* Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
* For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt;* attach PS Form 3811 to your mailpiece;

for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).

* To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

IMPORTANT: Save this receipt for your records.

PS Form 3800, April 2015 *(Reverse)* PSN 7530-02-000-9047

---

USPS TRACKING #

||||||||||||||||||||||||||||||||||||||||

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 2328 6225 7178 72

**United States Postal Service**

* Sender: Please print your name, address, and ZIP+4® in this box*

Martin J. Sperry, P.A.
3860 W. Commercial Blvd.
Ft. Lauderdale, Florida 33309

OSTROVSKY

# EXHIBIT B

Law Offices of
# JOHN D. AMEEN, P.A.

PROTECTING      .COM

July 10, 2018
**Direct Phone No. 954-727-0997**
**Direct Fax No.   954-727-0998**

JOHN D. AMEEN, ESQ.

DANIEL J. LEVENSON, ESQ.

OF COUNSEL

MARTIN J. SPERRY, ESQ.*

*BOARD CERTIFIED

CIVIL TRIAL LAWYER

<u>Via Certified Mail</u>

Office of General Counsel
Florida Department of Juvenile Justice
2737 Centerview Drive, #3200
Tallahassee, FL  32399

<u>Supplement to Notice Pursuant to §768.28(6)(c)</u>

Re:     Our Client:        A████ O█████
        D/B:               10/9/1001
        Place of Birth:    Biddeford, Maine
        SSN:               ████████
        D/Incident:        2/12/17
        CCC Incident No.:  201700750
        Facility:          Broward Regional Juvenile Detention Center

Dear Sir or Madam:

    As a supplement to the statutory notice, we are advising you that to the best of our knowledge there exists no prior adjudicated unpaid claims in excess of $200.00.

    Thank you for your attention to this matter.

Very truly yours,

JOHN D. AMEEN, P. A.

By: _____
    MARTIN J. SPERRY
    Of Counsel

MJS/sr

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006          See Reverse for Instructions

7006 3450 0002 3750 2426

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Office of General Counsel
   Florida Department of Juvenile Justice
   2737 Centerview Drive, #3200
   Tallahassee, FL 32399

   9590 9402 1690 6053 1883 08

2. Article Number (Transfer from service label)

   7006 3450 0002 3750 2426

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Shannon Hall    ☒ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
   Mail
   Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

**Certified Mail Provides:**

- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

**Important Reminders:**

- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT: Save this receipt and present it when making an inquiry.**
PS Form 3800, August 2006 (Reverse) PSN 7530-02-000-9047

---

**USPS TRACKING #**

9590 9402 1690 6053 1883 08

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Martin J. Sperry, Esq.
John D. Ameen, P.A.
3860 W. Commercial Blvd.
Tamarac, Florida 33309



Law Offices of

# JOHN D. AMEEN, P.A.

PROTECTING        .COM

JOHN D. AMEEN, ESQ.

DANIEL J. LEVENSON, ESQ.

OF COUNSEL

MARTIN J. SPERRY, ESQ.*

*BOARD CERTIFIED

CIVIL TRIAL LAWYER

July 10, 2018
Direct Phone No. 954-727-0997
Direct Fax No.    954-727-0998

**Via Certified Mail**

**Supplement to Notice Pursuant to §768.28(6)(c)**

Chief Financial Officer
Department of Insurance (Insurance Commissioner)
200 E. Gaines Street
Tallahassee, FL 32399

Re:    Our Client:         A██████O████
       D/B:                10/9/1001
       Place of Birth:     Biddeford, Maine
       SSN:                ████████
       D/Incident:         2/12/17
       CCC Incident No.    201700750
       Facility:           Broward Regional Juvenile Detention Center

Dear Sir or Madam:

As a supplement to the statutory notice, we are advising you that to the best of our knowledge there exists no prior adjudicated unpaid claims in excess of $200.00.

Thank you for your attention to this matter.

Very truly yours,

JOHN D. AMEEN, P. A.

By: _____
    MARTIN J. SPERRY
    Of Counsel

MJS/sr

Tel: 954.763.4950 | Toll Free: 800.555.4011 | Fax: 954.981.7350 | 3860 West Commercial Boulevard • Tamarac, FL 33309

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

# OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006                    See Reverse for Instructions

7006 3450 0002 3750 2419

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Chief Financial Officer
   Department of Insurance
   (Insurance Commissioner)
   200 E. Gaines Street
   Tallahassee, FL 32399

9590 9402 1690 6053 1883 15

2. Article Number (Transfer from service label)

   7006 3450 0002 3750 2419

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Willie Clark            ☐ Agent
                          ☐ Addressee

B. Received by (Printed Name)  Willie Clark      C. Date of Delivery
   DEPT OF FINANCIAL SERVICES
   TALLAHASSEE FL 32399-0317

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery
   ☐ Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                    Domestic Return Receipt

**Certified Mail Provides:**

- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

**Important Reminders:**

- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional *fee*, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT: Save this receipt and present it when making an inquiry.**
PS Form 3800, August 2006 *(Reverse)* PSN 7530-02-000-9047

---

**USPS TRACKING #**

9590 9402 1690 6053 1883 15

| First-Class Mail |
| Postage & Fees Paid |
| USPS |
| Permit No. G-10 |

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

*Martin J. Sperry, Esq.*
*John D. Ameen, P.A.*
*3860 W. Commercial Blvd.*
*Tamarac, Florida 33309*

Ostrovsky

JS 44 (Rev. 06/17) FLSD Revised 06/01/2017

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)* NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.

## I. (a) PLAINTIFFS
A.O., a minor child, by and through his parent and legal guardian, Uri Ostrovsky,

### DEFENDANTS
Florida Department of Juvenile Justice and Darell Bryant.

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Law Offices of John D. Ameen, P.A., 3860 West Commercial Blvd., Tamarac, FL 33309, (954)763-4950;

Attorneys *(If Known)*
McGrath Law Group, 700 South Andrews Ave., Fort Lauderdale, FL 33316

**(d)** Check County Where Action Arose:   ☐ MIAMI- DADE   ☐ MONROE   ☒ BROWARD   ☐ PALM BEACH   ☐ MARTIN   ☐ ST. LUCIE   ☐ INDIAN RIVER   ☐ OKEECHOBEE   ☐ HIGHLANDS

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question *(U.S. Government Not a Party)*

☐ 2 U.S. Government Defendant

☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)* and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☒ 360 Other Personal Injury
- ☐ 362 Personal Injury - Med. Malpractice

**PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
- ☒ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence

**Other:**
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee – Conditions of Confinement

### FORFEITURE/PENALTY
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

### IMMIGRATION
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent – Abbreviated New Drug Application
- ☐ 840 Trademark

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729 (a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding

☒ 2 Removed from State Court

☐ 3 Re-filed (See VI below)

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district *(specify)*

☐ 6 Multidistrict Litigation Transfer

☐ 7 Appeal to District Judge from Magistrate Judgment

☐ 8 Multidistrict Litigation – Direct File

☐ 9 Remanded from Appellate Court

## VI. RELATED/ RE-FILED CASE(S)
*(See instructions):* a) Re-filed Case ☐ YES ☒ NO   b) Related Cases ☐ YES ☐ NO
JUDGE: _____   DOCKET NUMBER: _____

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause *(Do not cite jurisdictional statutes unless diversity)*
28 USC 1441 - removal from state court due to federal question

LENGTH OF TRIAL via 5 days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

DATE November 27, 2018

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY
RECEIPT # _____   AMOUNT _____   IFP _____   JUDGE _____   MAG JUDGE _____

JS 44  (Rev. 06/17)  FLSD Revised 06/01/2017

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  The attorney filing a case should complete the form as follows:

**I.**      (a) **Plaintiffs-Defendants.**  Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations.  If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence.  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing.  In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing.  (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys.  Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**      **Jurisdiction**.  The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes.  If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348.  Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States.  In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked. Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked.  (See Section III below; federal question actions take precedence over diversity cases.)

**III.**      **Residence (citizenship) of Principal Parties.**  This section of the JS 44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

**IV.**      **Nature of Suit**.  Nature of Suit. Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for:  Nature of Suit Code Descriptions.

**V.**      **Origin**.  Place an "X" in one of the seven boxes.

Original Proceedings.  (1) Cases which originate in the United States district courts.

Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.  When the petition for removal is granted, check this box.

Refiled (3) Attach copy of Order for Dismissal of Previous case. Also complete VI.

Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.

Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a).  Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.  When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment.  (7) Check this box for an appeal from a magistrate judge's decision.

Remanded from Appellate Court. (8) Check this box if remanded from Appellate Court.

**VI.**      **Related/Refiled Cases**.  This section of the JS 44 is used to reference related pending cases or re-filed cases. Insert the docket numbers and the corresponding judges name for such cases.

**VII.**      **Cause of Action**.  Report the civil statute directly related to the cause of action and give a brief description of the cause.  **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553
                Brief Description: Unauthorized reception of cable service

**VIII.**      **Requested in Complaint**.  Class Action.  Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand.  In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.


**Date and Attorney Signature**.  Date and sign the civil cover sheet.